*CHAMBERS OF THE HONORABLE*
*MARK D. FOX U.S. MAGISTRATE JUDGE*



# MEMORANDUM

DATE  December 07, 2005

TO:    Honorable Colleen McMahon

FROM: Mark D. Fox, U.S. Magistrate Judge

RE:    Transcript of Guilty Plea

On **November 04, 2005,** the Rule 11 allocution was completed in the matter of **United States of America v Angela McNeill, S1 05CR0913(CM)** on consent of both parties before me pursuant to your Standing Order. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration.

If I can be of any further assistance in this matter I would be pleased to do so.

Respectfully submitted

Mark D. Fox
U.S. Magistrate Judge